**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| J.G, by and through his parents and guardians, C.G and L.R,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY MASTER WELFARE PLAN, *et al*.,<br><br>Defendants. | Case No. 2:20-cv-01510-RSL<br><br>**JOINT STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT** |

Defendants BLUE CROSS BLUE SHIELD OF ILLINOIS, a division of HEALTH CARE SERVICE CORPORATION (incorrectly named as BLUE CROSS BLUE SHIELD OF ILLINOIS, a division of HEALTH CARE SERVICE CORPORATION OF ILLINOIS STATE PAC NFP); THE BOEING MASTER WELFARE PLAN; and THE BOEING COMPANY EMPLOYEE BENEFIT PLANS COMMITTEE (collectively, the "Defendants"); and Plaintiff J.G. (collectively the "Parties"), hereby file this Stipulation to Extend Time for Defendants to Respond to Plaintiff's Complaint. The Parties request that the Court extend the deadline to answer, move, or otherwise respond to the Complaint to January 19, 2021. This is the first request for extension of the deadline to respond to the Complaint (Dkt. 1) in this case.

JOINT STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT – 1
CASE NO. 2:20-CV-01510-RSL

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

As grounds for this motion, the Parties state that they have met and conferred regarding an extension and are in agreement that January 19, 2021, is a reasonable accommodation to allow Defendants to respond to the Complaint (Dkt 1).

DATED this 2nd day of November, 2020.

KILPATRICK TOWNSEND & STOCKTON LLP

By  /s/ Gwendolyn C. Payton
Gwendolyn C. Payton, WSBA No. 26752
gpayton@kilpatricktownsend.com
1420 Fifth Ave., Suite 3700
Seattle, WA 98101
Telephone: (206) 626-7714
Facsimile: (206) 623-6793

*Counsel for Defendant BLUE CROSS BLUE SHIELD OF ILLINOIS, a division of HEALTH CARE SERVICE CORPORATION*

PNW STRATEGIC LEGAL SOLUTIONS, PLLC

By  /s/ *Marlena Grundy*
Marlena Grundy, WSBA No. 47026
marlena@pnwsls.com
1408 140th PL. NE., Suite 170
Bellevue, WA 98007
Telephone: (206) 370-8070

*Counsel for Plaintiff J.G., by and through his guardians C.G. and L.R.*

PERKINS COIE LLP

By  /s/ *Ben Stafford*
Ben Stafford, WSBA No. 39849
bstafford@perkinscoie.com
925 4th Ave Ste 2900
Seattle, WA 98104-1158
Telephone: (206) 359-6217
Facsimile: (206) 359-7217

Jason R. Elliott (admitted p.h.v.)
Texas Bar No. 24050558
JElliott@perkinscoie.com
Perkins Coie LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201-3347
Telephone: (214) 965-7700

JOINT STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT – 2
CASE NO. 2:20-CV-01510-RSL

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713  FAX: (206) 260-8946

Facsimile: (214) 965-7799

*Counsel for Defendants The Boeing Company Master Welfare Plan and The Boeing Company Employee Benefit Plans Committee*

JOINT STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT – 3
CASE NO. 2:20-CV-01510-RSL

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

## ORDER

Pursuant to Stipulation, **IT IS SO ORDERED.**

BLUE CROSS BLUE SHIELD OF ILLINOIS, a division of HEALTH CARE SERVICE CORPORATION (incorrectly named as BLUE CROSS BLUE SHIELD OF ILLINOIS, a division of HEALTH CARE SERVICE CORPORATION OF ILLINOIS STATE PAC NFP); THE BOEING MASTER WELFARE PLAN; and THE BOEING COMPANY EMPLOYEE BENEFIT PLANS COMMITTEE shall file their responsive pleadings to Complaint (Dkt. 1) by Tuesday, January 19, 2021.

Dated this 3rd day of November, 2020.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE