IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.G., by and through his parents and guardians, C.G. and L.R, <br><br> Plaintiff, <br><br> vs. <br><br> THE BOEING COMPANY MASTER WELFARE PLAN; THE BOEING COMPANY EMPLOYEE BENEFIT PLANS COMMITTEE, AND BLUE CROSS BLUE SHIELD OF ILLINOIS, a division of HEALTH CARE SERVICE CORPOARAITO OF ILLINOIS STATE PAC NFP, <br><br> Defendants. | NO: 20:20-cv-01510-RSL <br><br> **ORDER GRANTING UNOPPOSED MOTION TO AMEND COMPLAINT** |

The Court, having considered the Plaintiffs' Unopposed Motion to Amend Complaint, it is hereby ORDERED that the motion is GRANTED. Plaintiff may file a First Amended Complaint within seven days of the date of this Order.

Dated this 19th day of April, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1