# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| J.G., by and through his parents and guardians, C.G. and L.R., <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY MASTER WELFARE PLAN; THE BOEING COMPANY EMPLOYEE BENEFIT PLANS COMMITTEE, et al., <br><br> Defendants. | NO. 2:20-cv-01510-RSL <br><br> **AMENDED STIPULATION AND ORDER GOVERNING BRIEFING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

The Parties move the Court for a cross-motion briefing schedule. Defendants filed their Motion for Summary Judgment on June 24, 2021. Plaintiff intends to file a cross-motion for summary judgment. Defendants agree to move their noting date to August 6, 2021. WHEREAS the Parties have discussed establishing a briefing schedule to govern the above-captioned actions:

IT IS HEREBY STIPULATED TO AND AGREED, by the Parties hereto, through their undersigned counsel, subject to the approval of the Court, that the following schedule should govern their cross-motions for summary judgment:

STIPULATION AND ORDER GOVERNING BRIEFING
ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case 2:20-cv-01510-RSL - 1

PNW STRATEGIC LEGAL
SOLUTIONS PLLC
1408 140TH PL. NE, SUITE 170
BELLEVUE, WA 98007
TEL. (425) 223-57103  FAX (855) 814-4593

1. Plaintiffs' Combined Answering Brief in Opposition to Defendants' Motion for Summary Judgment and Opening Brief in Support of its Cross-Motion for Summary Judgment shall be filed and served on or before July 19, 2021.

2. Defendants' Reply Brief in Support of its Motion for Summary Judgment and Answering Brief in Opposition to Plaintiff's Cross-Motion for Summary Judgment shall be filed and served on or before August 2, 2021.

3. Plaintiffs' Reply Brief in Support of its Motion for Summary Judgment shall be filed and served on or before August 6, 2021.

Dated this June 30, 2021.

*/s/ Gwendolyn Payton*
Gwendolyn Payton
Kilpatrick Townsend & Stockton LLP
Suite 3700 | 1420 Fifth Avenue |
Seattle, WA 98101
office 206 626 7714
gpayton@kilpatricktownsend.com
Attorney for Defendants

*/s/ Jason Elliott*
Jason Elliott
Perkins Coie LLP
500 N. Akard Street Suite 3300
Dallas, TX 75201
1.214.965.7723
JElliott@perkinscoie.com
Attorney for Defendants

*/s/ Marlena Grundy*
Marlena Grundy
PNW Strategic Legal Solutions, PLLC
1408 140th Pl. NE, Suite 170
Bellevue, WA 98007
425-223-5710
Marlena@pnwsls.com
Attorney for Plaintiffs.

STIPULATION AND ORDER GOVERNING BRIEFING
ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case 2:20-cv-01510-RSL - 2

PNW STRATEGIC LEGAL
SOLUTIONS PLLC
1408 140TH PL. NE, SUITE 170
BELLEVUE, WA 98007
TEL. (425) 223-57103  FAX (855) 814-4593

IT IS SO ORDERED. The Clerk of Court is directed to renote defendants'

motion for summary judgment for consideration on August 6, 2021.

Dated this 1st day of July, 2021.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER GOVERNING BRIEFING
ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
Case 2:20-cv-01510-RSL - 3

PNW STRATEGIC LEGAL
SOLUTIONS PLLC
1408 140TH PL. NE, SUITE 170
BELLEVUE, WA 98007
TEL. (425) 223-57103  FAX (855) 814-4593