1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

10  J.G, by and through his parents and
    guardians, C.G and L.R,

11

12                                  Plaintiff,      Case No. 2:20-cv-01510-RSL

13         vs.                                      **ORDER GRANTING BCBSIL'S**
                                                    **MOTION TO SEAL**
14  THE BOEING COMPANY MASTER                       **ADMINISTRATIVE RECORD**
    WELFARE PLAN; THE BOEING
15  COMPANY EMPLOYEE BENEFIT
    PLANS COMMITTEE, AND BLUE
16  CROSS BLUE SHIELD OF ILLINOIS,
    a division of HEALTH CARE
17  SERVICE CORPORATION OF
    ILLINOIS STATE PAC NFP,
18                                  Defendants.

19

20

21         THIS MATTER having come before the undersigned Judge of the above-entitled

22  Court upon Defendant Health Care Services Corporation, d/b/a Blue Cross Blue Shield

23  of Illinois's ("BCBSIL"'s) unopposed Motion for Leave to File Under Seal the

24  Administrative Record, and the Court having considered the motion and the pleadings in this

25  matter, and it appearing to be in the best interest of the case, therefore,

26         IT IS HEREBY ORDERED that Defendant BCBSIL's Motion for Leave to File Under

27  Seal the Administrative Record is GRANTED.

ORDER GRANTING BCBSIL'S  MOTION TO SEAL          **KILPATRICK TOWNSEND & STOCKTON LLP**
ADMINISTRATIVE RECORD – 1 CASE NO. 2:20-              1420 FIFTH AVENUE, SUITE 3700
CV-01510-RSL                                              SEATTLE, WA  98101
                                                    (206) 626-7713  FAX: (206) 260-8946

1

2     DATED this __14th__ day of September, 2021.

3     _____

4     THE HONORABLE ROBERT S. LASNIK
      UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING BCBSIL'S  MOTION TO SEAL
ADMINISTRATIVE RECORD – 2 CASE NO. 2:20-
CV-01510-RSL