UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| J.G., by and through his parents and guardians, C.G. and L.R.,<br><br>      Plaintiffs,<br><br>      v.<br><br>THE BOEING COMPANY MASTER WELFARE PLAN, *et al*.,<br><br>      Defendants. | Cause No. C20-1510RSL<br><br>ORDER GRANTING MOTION TO SEAL |

This matter comes before the Court on "Plaintiffs' Motion to Seal Supplemental Declaration of Marlena Grundy in Support of [Their Cross-] Motion for Summary Judgment." Dkt. # 29. The Court, having considered the unopposed motion and the pleadings in this matter, hereby ORDERS that the motion is GRANTED and Dkt. # 32, # 33, and # 36 shall remain under seal.

DATED this 21st day of November, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1